IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC., ZOGENIX INTERNATIONAL LTD., KATHOLIEKE UNIVERSITEIT LEUVEN, and UNIVERSITY HOSPITAL ANTWERP <br> v. <br><br> LUPIN LTD. | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: August 31, 2021

Date of Expiration of Patent: See Appendix

Thirty Month Stay Deadline: See Appendix

| | |
|---|---|
| 10/4/2021 | /s/ Denise S. Kraft |
| Date | Attorney(s) for Plaintiff |

## APPENDIX TO SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

**Date of Expiration:** Plaintiffs assert seven patents in this case: U.S. Patent Nos. 9,549,909, 9,603,814, 9,603,815, 9,610,260, 10,478,441, and 10,478,442 expire on May 3, 2033; and U.S. Patent No. 10,947,183 expires on December 20, 2036.

**Stay Deadline:** The relevant deadline for this Abbreviated New Drug Application patent action is the expiration of a seven-year, Orphan Drug Exclusivity under 21 C.F.R. § 316.31, which expires **June 25, 2027**. The Thirty-Month Stay Deadline expires February 29, 2024.