IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZOGENIX, INC., ZOGENIX INTERNATIONAL LTD., KATHOLIEKE UNIVERSITEIT LEUVEN and UNIVERSITY HOSPITAL ANTWERP,<br><br>            Plaintiffs,<br><br>     v.<br><br>LUPIN LTD.,<br><br>            Defendant. | C.A. No. 21-01424-RGA |

**PLAINTIFFS' PARTIAL MOTION TO
DISMISS DEFENDANT'S COUNTERCLAIMS XV–XVIII
PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Plaintiffs and Counterclaim-Defendants Zogenix, Inc., Zogenix International LTD., Katholieke Universiteit Leuven, and University Hospital Antwerp (collectively, "Zogenix"), by and through its undersigned counsel, respectfully moves this Court to grant this partial motion to dismiss Counts XV–XVIII of Lupin's Counterclaims (D.I. 12), relating to U.S. Patent Nos. 10,452,825 ("the '2815 Patent") and 10,950,331 ("the '331 Patent"). In support of its motion, Zogenix submits herewith Plaintiffs' Opening Brief in Support of its Partial Motion to Dismiss Defendant's Counterclaims XV-XVIII ("Opening Brief"), and its supporting documents.

DATED: January 11, 2022

OF COUNSEL:

Stuart E. Pollack

Respectfully submitted,

BARNARD, MEZZANOTTE, PINNIE,
SEELAUS & KRAFT, LLP

 /s/ Denise S. Kraft
Denise S. Kraft (DE Bar. No. 2778)

KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY  10036-7703
Tel:  212-775-8700
spollack@kilpatricktownsend.com

April Abele Isaacson
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA  94111
Tel:  415-576-0200
aisaacson@kilpatricktownsend.com

Michael E. Furrow
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY  10036-7703
Tel:  212-775-8700
mfurrow@kilpatricktownsend.com

Kimberlynn B. Davis
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE Suite 2800
Atlanta, GA  30309
Tel:  404-541-6815
kbdavis@kilpatricktownsend.com

1205 N. Orange St.,
P.O. Box 26304
Wilmington, DE  19899
(302) 594-4535
dkraft@bmpsklaw.com

Counsel for Plaintiffs Zogenix, Inc.
and Zogenix International, Ltd.