# EXHIBIT 1

▮▮▮▮▮▮▮▮▮▮

## PUBLIC VERSION



111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Keith D. Parr, P.C.
Registered Patent Attorney
Direct Telephone: 312-443-0497
Direct Fax: 312-896-6497
kparr@lockelord.com

August 27, 2021

*VIA* **FEDERAL EXPRESS**

Zogenix, Inc.
Attention: Shawnte M. Mitchell
Executive Vice President, General Counsel, and Secretary
5959 Horton Street, Suite 500
Emeryville, CA 94608

Zogenix, Inc.
Attention: AJ Acker
Senior Vice President, Global Regulatory Affairs
5959 Horton Street, Suite 500
Emeryville, CA 94608

Zogenix International Limited
Attention: Legal Counsel
The Pearce Building, West Street,
Maidenhead, Berkshire SL6 1RL
United Kingdom

The Katholieke Universiteit Leuven
Attention: Paul Van Dun
Head, Intellectual Property
Waaistraat 6
Box 5105
3000, Leuven
Belgium

University Hospital Antwerp
Attention: Legal Counsel
Wilrijkstraat 10
Edegem
Belgium

**RE: FINTEPLA® (fenfluramine hydrochloride oral solution), 2.2 mg/mL CIV**
**ANDA No. 216218**
**Redacted**

To Whom it May Concern:

Pursuant to 21 U.S.C. §§ 355(j)(2)(B)(ii) & (iv), Sections 505(j)(2)(B)(ii) & (iv) of the Federal Food, Drug and Cosmetic Act ("the Act"), you are hereby notified that Lupin Ltd. ("Lupin") has submitted to the United States Food and Drug Administration ("FDA") Abbreviated New Drug Application No. 216218 ("Lupin's ANDA") under 21 U.S.C. § 355(j), Redacted

Zogenix, Inc.
Zogenix International Limited
The Katholieke Universiteit Leuven
University Hospital Antwerp
August 27, 2021
Page 2

Redacted

Redacted

Pursuant to 21 U.S.C. § 355(j)(2)(B)(iv), a detailed statement of the factual and legal bases upon which Lupin based its Paragraph IV Certification is attached hereto as **Exhibit A**. This information is supplied for the sole purpose of complying with the above-referenced statutes. Accordingly, Lupin does not waive, and to the contrary intends to preserve, any and all privileges, protections, and immunities afforded to it by the attorney-client privilege or attorney work product doctrine concerning the subject matter of this communication.

Redacted

Redacted

Zogenix, Inc.
Zogenix International Limited
The Katholieke Universiteit Leuven
University Hospital Antwerp
August 27, 2021
Page 3



Lupin reserves the right to allege the same, similar, different, or new theories of noninfringement, invalidity, and unenforceability, and nothing in the Notice Letter or Detailed Statement shall be construed as to limit Lupin's rights to make any allegation in any subsequent litigation regarding any issue.

**Highly Confidential Notice:** This letter contains Lupin's highly confidential and proprietary information. Thus, Lupin considers this information a trade secret. You are not authorized to append this letter to any court pleading or submission or any other public disclosure of any kind, including without limitation any submissions to or filings with the U.S. Patent and Trademark Office or any other regulatory, governmental, or quasi-governmental agency or organization. *See In re Gabapentin Patent Litig.*, 312 F. Supp. 2d 653, 667 (D.N.J. 2004); 21 C.F.R. § 314.430(b)-(d); *Sw. Energy Co. v. Eickenhorst*, 955 F. Supp. 1078, 1085 (W.D. Ark. 1997), *aff'd*, 175 F.3d 1025 (8th Cir. 1999) (regarding the penalties for public disclosure of proprietary information).

Please do not hesitate to contact me at (312) 443-0497 if you have any questions about the contents of this letter.

Regards,

LOCKE LORD LLP

Keith D. Parr

pharmaceutically acceptable salt thereof in the medication authorization field, wherein the subsequent medical tests is an echocardiographic imaging test,

wherein the central controller is programed to output a time period over which use of the fenfluramine or a pharmaceutically acceptable salt thereof by a patient is authorized and beyond which subsequent test results for the patient are required to be received before authorizing additional fenfluramine or a pharmaceutically acceptable salt thereof for the patient,

wherein the central controller is programed to take an action dependent upon subsequent test results selected from authorizing an additional prescription, a change to the prescription and output of a proposal for cessation of the prescription,

a drug storage facility having fenfluramine or a pharmaceutically acceptable salt thereof stored therein;

wherein the central controller of the system is programed to monitor drug inventory in the drug storage facility and further programed to control dispatch of fenfluramine or a pharmaceutically acceptable salt thereof from the drug storage facility,

wherein the central controller is programed to authorize prescription related information regarding dosage, volume, count, regime, concentration and intended time period of use by the patient for fenfluramine or a pharmaceutically acceptable salt thereof;

wherein the central controller coordinates subsequent tests for the patient;

wherein the central controller is programed to prescribe a data format for test results for each patient, the data format being aligned with test data fields for each patient; and further wherein the central controller is programed to log test results for each patient over time, and to generate a plot showing a trend for each patient.

[Redacted]

[Redacted] *See Freedman Seating*, 420 F.3d at 1358 (citing *Warner-Jenkinson*, 520 U.S. at 29); *see also Lockheed Martin*,

CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED

324 F.3d at 1321 ("[I]f a court determines that a finding of infringement under the doctrine of equivalents 'would entirely vitiate a particular claim[ed] element,' then the court should rule that there is no infringement under the doctrine of equivalents.")



CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED

Redacted

C. **Claims 1-9 are Invalid as Obvious Under 35 U.S.C. § 103**

1. Redacted

Claims 1-4 and 7-9 read as follows:

1. A system for controlling distribution of a fenfluramine or pharmaceutical acceptable salt thereof for treating symptoms of a designated subtype of epilepsy, the system comprising:

    a data storage facility comprising a database of patient records including address details for the patient, each patient record having a medication authorization field for entering a first prescription of fenfluramine or a pharmaceutically acceptable salt thereof;

    a central controller having one or more processors coupled to a communication network, which central controller is coupled to the data storage facility to read and write data to the data storage facility via the network;

    a drug storage facility having fenfluramine or a pharmaceutically acceptable salt thereof stored therein;

    wherein the central controller of the system is programed to monitor drug inventory in the drug storage facility and further programed to control dispatch of fenfluramine or a pharmaceutically acceptable salt thereof from the drug storage facility; and

    wherein the central controller controls transmission and receipt of data to and from the data storage facility via the network, and acts as a centralized pharmacy for the medication, and confirms receipt of the fenfluramine or a pharmaceutically acceptable salt thereof at the patient address,

    the central controller being programed to output via the network a first authorization of a first prescription of fenfluramine or a pharmaceutically

CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED

8. The method of claim 7 wherein the central controller authorizes each subsequent prescription to the one or more patients upon determination that the plot or trend demonstrates satisfactory maintenance of cardiovascular function.

9. The method of claim 1 wherein the central computer aggregates and analyzes test results of one or more patients to assess safety trends.

10. The method of claim 1 wherein the regulatory agency is the U.S. Food and Drug Agency (FDA).

('331 patent at col. 20, ln. 33 – col. 22, ln. 19.)

B. Redacted

1. Redacted

Independent claim 1 reads as follows:

1. A method of treating one or more refractory epilepsy patients with fenfluramine comprising:

providing a data storage facility comprising a database of patient records, each patient record having a medication authorization field for entering a first prescription for fenfluramine to treat the patient;

a central controller having one or more processors coupled to a communication network, which central controller is coupled to the data storage facility to read and write data to the data storage facility via the network; and

wherein the central controller controls transmission and receipt of data to and from the data storage facility via the network,

the central controller being programed to output via the network a first authorization of a first prescription of epilepsy medication to a patient previously subjected to one or more initial medical tests, each providing an initial medical test result,

wherein the initial medical test is selected from the group consisting of a medical examination by a physician, a genetic test, a physiological function test, and a medical imaging test,

wherein output of the first authorization is dependent upon satisfactory results of one or more of the initial medical tests entered into each patient's record, and

CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED

further programed to schedule one or more subsequent tests for each patient prior to allowing entry of a prescription for epilepsy medication in the medication authorization field,

wherein at least one of said subsequent medical tests is an echocardiographic imaging test which echocardiographic imaging test is performed in a manner which provides measurements of dimensions of one or more internal heart structures and heart flow-rate, and the patient receives or continues to receive medication only on entry of satisfactory echocardiography assessment results,

wherein the central controller inhibits the authorization output of the first or subsequent prescriptions upon the entry of unsatisfactory test results;

wherein the central controller manages one or more aspects of the authorized prescription for the patient selected from the group consisting of dosage amount; volume dispensed; dosing regimen; and intended time period of use, whereby overuse or misuse of fenfluramine is inhibited and

wherein aggregated and analyzed data is reported to a regulatory agency.

Redacted

Redacted

Redacted

Redacted

Redacted

CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED

2. Redacted

Redacted

Redacted

Redacted

3. Redacted

Redacted

Redacted

Redacted

C. Claims 1-10 are Invalid as Obvious Under 35 U.S.C. § 103

1. Redacted

Independent claim 1 reads as follows:

CONFIDENTIAL—UNAUTHORIZED DISCLOSURE PROHIBITED